**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| JUAN CARLOS AVILA-MIRANDA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | No. 2:26-cv-02182-TLP-tmp |
| v. | ) | |
| | ) | |
| CHRISTOPHER BULLOCK,[1] | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER DIRECTING PETITIONER TO SERVE RESPONDENT**

On February 20, 2026, Petitioner Juan Carlos Avila-Miranda, a noncitizen detained in the West Tennessee Detention Facility in Mason, Tennessee, petitioned for a writ of habeas corpus under 28 U.S.C. § 2241.  (ECF No. 1.)   The Court then ordered Respondent to show cause by March 2, 2026, and Petitioner to reply by March 9, 2026.  (ECF No. 8.)  To date, neither party has done so.

The Court therefore **ORDERS** Petitioner to deliver a copy of the Petition and all attachments, the Show Cause Order, and this Order to the United States Attorney for the Western District of Tennessee electronically at the following email address: stuart.canale@usdoj.gov.  Petitioner shall do so within **five (5) days** of this Order.

And within **ten (10) days** of receiving the Petition and this Order, Respondent shall show cause in writing why the § 2241 Petition should not be granted.  *See* 28 U.S.C. § 2243.

---

[1] Christopher Bullock is the current Field Office Director at the U.S. Immigrations and Customs Enforcement New Orleans Field Office.  *See Deepak v. Ladwig*, No. 26-2218, ECF No. 12 at PageID 59 (W.D. Tenn.).  So the Court respectfully **DIRECTS** the Clerk to terminate "Scott Ladwig" as Respondent and instead name "Christopher Bullock."

1

The Court further **ORDERS** Petitioner to file a reply to Respondent's return within **ten (10) days** after Respondent's responsive filing.

Failure to comply with this requirement may justify the Court dismissing the Petition without further notice. *See* Fed. R. Civ. P. 41(b).

**SO ORDERED**, this 16th day of April, 2026.

       s/ Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

2